UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY LYNN WATKINS,<br><br>     Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>     Defendant. | CIVIL ACTION NO. 3:20-cv-02399<br><br>(SAPORITO, M.J.) |

## ORDER

AND NOW, this 21st day of March, 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. This action is **DISMISSED** for failure to prosecute and failure to comply with court orders, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure; and

2. The Clerk is directed to mark this case as **CLOSED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge